

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

United States of America

v.

**Jesus Moises Camacho-Castro**

Citizen of Mexico

USM#: 73598-208    DOB: 1972

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No. 07-10850-001M-SD

Juan Rocha (AFPD)
Attorney for Defendant

ICE#: A96 219 602

**THE DEFENDANT ENTERED A PLEA OF** guilty on 12/17/2007 to Count TWO of the Complaint.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, USC § 1325, Illegal Entry, a Petty offense, as charged in Count TWO of the Complaint.

**IT IS THE JUDGMENT OF THE COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of FIFTEEN (15) DAYS on Count TWO, with credit for time served.

### CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** $Remitted    **FINE:** $    **RESTITUTION:** $

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, 880 Front Street, San Diego, California 92101. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $Remitted shall be paid pursuant to Title 18, United States Code, Section 3013 for Count TWO of the Complaint.

Any unpaid balance shall become a condition of supervision and shall be paid within prior to the expiration of supervision. Until all restitutions, fines, special assessments and costs are fully paid, the defendant shall immediately notify the Clerk, U.S. District Court, of any change in name and address. The Court hereby waives the imposition of interest and penalties on any unpaid balances.

IT IS FURTHER ORDERED that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
The defendant is remanded to the custody of the United States Marshal.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Jesus Moises Camacho-Mejia Castro<br><br>    Defendant. | CASE NUMBER 07-10850M-SD<br><br>WAIVER OF REMOVAL HEARING |

I waive my right to have a Removal Hearing and agree that my case may be adjudicated in the Southern District of California.

DATED this 17 day of December, 2006.

x JESUS MOISES CAMACHO C
Defendant

_____
Attorney for the Defendant

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Jesus Moises CAMACHO-Castro
Citizen of Mexico
YOB: 1972
A96 219 602
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 07-10850M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

### COUNT I

That on or about July 22, 2004, Defendant Jesus Moises CAMACHO-Castro was arrested and removed from the United States to Mexico through the port of Yuma, Arizona, in pursuance of law, and thereafter on or about December 14, 2007, Defendant was found in the United States near Wellton, Arizona within the District of Arizona, the Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States and after the Defendant had willfully and unlawfully returned and remained in the United States; in violation of Title 8, United States Code, Section 1326 (Felony).

### COUNT II

That on or about October 3, 2006, within the Southern District of California, Defendant Jesus Moises CAMACHO-Castro, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers; in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes  ☐ No

_____
Signature of Complainant
Nicholas Kingston
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

December 17, 2007                    at           Yuma, Arizona
Date                                              City and State

Jay R. Irwin, U.S. Magistrate                _____
Name & Title of Judicial Officer              Signature of Judicial Officer

## STATEMENT OF FACTUAL BASIS

Defendant: Jesus Moises CAMACHO-Castro

Dependents: None

**IMMIGRATION HISTORY:** The Defendant was last removed through Yuma, Arizona on July 22, 2004 **and has been apprehended on 5 previous occasions with a total of 3 removals.**

**CRIMINAL HISTORY:**

| DATE/LOCATION | OFFENSE | DISPOSITION |
|---|---|---|
| 06/07/07 Nogales, AZ | Counterfeit Immigration Documents | Prosecution Declined |

Narrative: The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Wellton Border Patrol agents near Wellton, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Wellton station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on October 3, 2006.

Charges: 8 USC§1326 (Felony)
8 USC§1325 (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

December 17, 2007
Date

_____
Signature of Judicial Officer

## Probable Cause Statement

I, Senior Patrol Agent Nicholas Kingston, declare under penalty of perjury, the following is true and correct:

| | |
|---|---|
| Defendant: | Jesus Moises CAMACHO-Castro |
| Dependents: | None |
| **IMMIGRATION HISTORY:** | The Defendant was last removed through Yuma, Arizona on July 22, 2004 **and has been apprehended on 5 previous occasions with a total of 3 removals.** |

**CRIMINAL HISTORY:**

| DATE/LOCATION | OFFENSE | DISPOSITION |
|---|---|---|
| 06/07/07  Nogales, AZ | Counterfeit Immigration Documents | Prosecution Declined |

Narrative:   The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Wellton Border Patrol agents near Wellton, Arizona.

The Defendant was questioned as to his citizenship and immigration status. From that questioning agents determined that the Defendant is an undocumented national of Mexico and illegally in the United States.

The Defendant was transported to the Wellton station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

The Defendant last entered the United States illegally without inspection near Andrade, California on October 3, 2006.

Executed on: December 15, 2007        Time: 8:27 AM

Signed: _N Kingston_        Senior Patrol Agent

### Finding of Probable Cause

On the basis of the facts presented in the foregoing Probable Cause Statement, consisting of page, I find probable cause to believe that the defendant named therein committed the offense on October 3, 2006 in violation of Title 8, United States Code, Sections 1325 and 1326.

Finding made on: Date DECEMBER 15, 2007    Time 10:24 AM

Signed: _____ Acting United States Magistrate Judge